Statutes, it was the duty of the court to entertain this proceeding, and to hear and determine same upon the allegations contained in paragraphs 1 to 8, inclusive, of the information. If the allegations in those paragraphs of the information are proven to be true, it is the duty of the district court to make findings to that effect, and to enter a judgment removing the defendant from the office of county commissioner of Nez Perces county, and awarding to the plaintiff the statutory penalty of $500, and costs of the proceeding. For the foregoing reasons the judgment appealed from is reversed, and the proceeding is remanded to the district court, with instructions to proceed within twenty days from this date (October 22, 1900), to hear and determine this proceeding in accordance with the rules herein enunciated. Costs of this appeal awarded to the appellant.

Huston, C. J., and Sullivan, J., concur.

---

(October 22, 1900.)

## TANNAHILL v. BLACK.

[62 Pac. 1116.]

This case is similar to *Ponting v. Isaman*, ante, p. 279, and the syllabus therein states the points decided in this case.

APPEAL from District Court, Nez Perces County.

B. F. Tweedy and James W. Reed, for Appellant.

Same brief as case of *Ponting v. Isaman*.

E. O'Neill and Miles S. Johnson, for Respondent.

Brief in *Ponting v. Isaman* applies to this case.

Per CURIAM.—This proceeding is similar in all respects to that in the case of *Ponting v. Isaman*, ante, p. 279 (decided by

this court at the present term), 62 Pac. 680, and is in the same condition in all respects. What we said in the last-named case applies here, and is decisive of this appeal, for which reasons the judgment appealed from is reversed, and this proceeding remanded to the district court, with directions to proceed herein in the same manner in all respects as directed in the opinion in the case of *Ponting v. Isaman, supra.* Costs of appeal awarded to appellant.

(October 22, 1900.)

## TANNAHILL v. JOHNSON.

[62 Pac. 1116.]

This case in all respects like the case of *Ponting v. Isaman,* ante, p. 279, and the syllabus in that case applies to this case in every particular.

APPEAL from District Court, Nez Perces County.

B. F. Tweedy and James W. Reid, for Appellant.

Brief filed in *Ponting v. Isaman* applies to this case.

E. O'Neill and Miles S. Johnson, for Respondent.

This case, following the decision in case of *Ponting v. Isaman,* the brief filed in that case applied to this.

Per CURIAM.—This proceeding is similar in all respects to that in the case of *Ponting v. Isaman,* ante, p. 283 (decided by this court at the present term), 62 Pac. 680, and is in the same condition in all respects. What we said in the last-named case applies here, and is decisive of this appeal, for which reasons the judgment appealed from is reversed, and this proceeding remanded to the district court, with directions to proceed herein in the same manner in all respects as directed in the opinion in the case of *Ponting v. Isaman, supra.* Costs of appeal awarded to appellant.